UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX RAFAEL,<br><br>        Petitioner,<br><br>   v.<br><br>THERESA CISNEROS,<br><br>        Respondent. | Case No. 2:21-cv-02251-SPG-JC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, (ECF No. 1) filed by Petitioner Max Rafael ("Petitioner"); Respondent's Answer, (ECF No. 6), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, (ECF No. 10 ("Report")). The time for filing Objections to the Report has passed and no Objections have been received. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge reflected in the Report, denies the Petition for Writ of Habeas Corpus on its merits, dismisses this action with prejudice, and directs that Judgment be entered accordingly.

//

//

//

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record and on counsel for Respondent.

**IT IS SO ORDERED.**

DATED: October 29, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE