JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX RAFAEL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THERESA CISNEROS,<br><br>　　　　　Respondent. | Case No. 2:21-cv-02251-SPG-JC<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action dismissed with prejudice.

Dated: October 29, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-